CHARLOTTE BROWN KEISTER v. ROBERT J. BENNETT, JR.
v. JAMES V. KEISTER.

September 5, 1984.

Petition for certification denied.

AMBASSADOR INSURANCE COMPANY v. BELGIAN GENERAL
INSURANCE COMPANY.

September 5, 1984.

Petition for certification denied.

HOWARD SHACHNOVITZ v. LAWRENCE J. GUSTAFSON, JR.

September 5, 1984.

Petition for certification denied.

BERGEN COUNTY SHERIFF'S INVESTIGATORS P.B.A. LOCAL
NO. 270 v. STATE OF NEW JERSEY, CIVIL
SERVICE COMMISSION.

September 5, 1984.

Petition for certification denied.